AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA
v.
Lisa Martin

**APPEARANCE**

Case Number: 03m696

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  LISA MARTIN

Date: 12/31/03

Signature: [signed]

Print Name: STEVEN W. LEARY

Address: 95 STATE ST.

City: SPRINGFIELD   State: MA   Zip Code: 01103

Phone Number: 413-737-1489