UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Arresting District No.:03mj696-KPN |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| LISA MARTIN, | ) | Charging District No.: |
| Defendant | ) | |


ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION OR DISTRICT HAVING
PROBATION JURISDICTION
January 5, 2004


The Defendant, having appeared before this Court pursuant to Rule 40, Fed. R.

Crim. P., and proceedings having been concluded and the Defendant released;

IT IS ORDERED that the Defendant be held to answer in the United States District

Court for the Eastern  District of Virginia ; and shall appear at all proceedings as required.

The Defendant shall next appear before Magistrate Judge Liam O'Grady, on January 9,

2004 at 3:00 p.m.                                                            .


 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge